IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VERONICA GARCIA, and THE ESTATE
OF JORGE ALBERTO CARRERA ALVAREZ,
and VERONICA GARCIA, on Behalf of the
Minor Children, PCG, PCG, VCG, and SCG,**

      **Plaintiffs,**

v.                                                                                     No. CIV-13-0827 WJ/LAM

**UNITED STATES OF AMERICA,**

      **Defendant.**

### ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DEADLINES [*Doc. 47*]

**THIS MATTER** is before the Court on *Defendant's Motion to Extend Deadlines (Doc. 47),* filed July 11, 2014.  Defendant asks the Court to extend the discovery deadline from July 8, 2014 to July 31, 2014 to take the depositions of Plaintiff's medical experts, and to extend the pre-trial motions deadline from July 22, 2014 to August 8, 2014.  Defendant states that Plaintiff does not oppose extending the discovery deadline, but does oppose extending the pre-trial motions deadline.  Having considered the motion, record of the case, and having consulted with the presiding judge in this case, the Court will **GRANT** the motion.   The Court notes that Plaintiff has previously been granted an extension of the discovery deadline to take depositions, and that Defendant made several attempts to schedule the depositions of Plaintiff's medical experts within the previous discovery deadline.  Further, the extension of the pre-trial motions deadline is necessary to allow Defendant to include information from the depositions in its pre-trial motions.

**IT IS THEREFORE ORDERED** that *Defendant's Motion to Extend Deadlines (Doc. 47)* is **GRANTED** as follows:

1.	The discovery deadline shall be extended to **July 31, 2014,** to allow Defendant to take the depositions of Plaintiff's medical experts; and

2.	The pre-trial motions deadline shall be extended to **August 8, 2014** for both parties.

*These deadlines shall not be extended again without approval of the Court upon a motion setting forth exceptional cause for extension.   The press of other cases, vacations and intervening holidays is not usually considered to be exceptional circumstances.*

**IT IS SO ORDERED.**

*/s/ Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**