IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA GARCIA, and THE ESTATE
OF JORGE ALBERTO CARRERA ALVAREZ,
and VERONICA GARCIA, on Behalf of the
Minor Children, PCG, PCG, VCG, and SCG,

      Plaintiffs,

      v.          No. CIV-13-0827 WJ/LAM

UNITED STATES OF AMERICA,

      Defendant.

## RULE 58 JUDGMENT

THIS MATTER came before the Court upon Defendant's Motion for Summary Judgment, filed August 14, 2014 **(Doc. 51)**. Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this Rule 58 Judgment **(Doc. 59)**.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Defendant's Motion for Summary Judgment is hereby GRANTED, thus disposing of this case on its merits and in its entirety.

_____
UNITED STATES DISTRICT JUDGE