UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VERONICA GARCIA, and §<br>THE ESTATE OF §<br>JORGE ALBERTO CARRERA ALVAREZ §<br>and VERONICA GARCIA §<br>On Behalf of the Minor Children, §<br>PCG, PCG, VCG, and SCG, §<br>    §<br>    Plaintiffs, §<br>    §<br>v. §<br>    §<br>UNITED STATES OF AMERICA, §<br>    §<br>    Defendant. § | No.2:13-CV-00827 WPL/LAM |

## NOTICE OF APPEAL

Notice is hereby given that VERONICA GARCIA, and THE ESTATE OF JORGE ALBERTO CARRERA ALVAREZ and VERONICA GARCIA On Behalf of the Minor Children, PCG, PCG, VCG, and SCG, all plaintiffs, in the above named case, hereby appeal to the United States Court of Appeals for the 10th Circuit from the final Memorandun Opinion and Order Granting Defendant's Motion for Summary Judgment and Rule 58 Judgment entered in this action on October 27, 2014 as docket entries #59 and #60.

The names of all the parties to the judgment, order or decree appealed from and the names, addresses, of their respective attorneys are as follows:

Defendant United States of America, care of Roberto D. Ortega at PO Box 607, Albuquerque, NM 87103.

Dated:  December 23, 2014

Respectfully Submitted,

<u>Electronically submitted</u>
J. Marcos Perales-Piña
Attorney for Plaintiffs
P.O. Box 8650
Las Cruces, NM 88006
Court Box No. 134
(575) 523-0144 Tel.
(575) 523-0177 Fax

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 23rd day of December 2014.

<u>Electronically submitted</u>
J. Marcos Perales Pina