# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 08, 2016 | Chris Wolpert<br>Chief Deputy Clerk |

Matthew Dykman
United States District Court for the District of New Mexico
Office of the Clerk
100 North Church Street, Suite 280
Las Cruces, NM 88001

**RE:**   14-2226, Garcia, et al v. United States
         Dist/Ag docket: 2:13-CV-00827-WJ-LAM

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Roberto D. Ortega
      Jose Marcos Perales Pina
      David N. Williams

EAS/sds